IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:16cr201-FDW |
| | ) | |
| v. | ) | CONSENT ORDER AND |
| | ) | JUDGMENT OF FORFEITURE |
| (3) ALFONSO GUEVERA-GARCIA | ) | PENDING RULE 32.2(c)(2) |

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 21 U.S.C. § 853, provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

- **A forfeiture money judgment in the amount of $1,500,000, such amount constituting the proceeds of the violations set forth in the Superseding Bill of Indictment**
- **Approximately $52,950 in U.S. currency seized on May 4, 2015**
- **Approximately $200,000 in U.S. currency seized on November 30, 2015**
- **Approximately $45,800 in U.S. currency and a shotgun seized during this investigation on July 7, 2016**
- **One .22 caliber Mossberg AR rifle (serial number ending with 3847003) and ammunition**
- **One 7.62 Romarm/Cugir AK.47 rifle (serial number 1988-ACM1814) and ammunition**
- **One 5.56 DPMS AR15 rifle (serial number F070965) and ammunition**
- **One BMW (VIN WBADT634X2CK27222**
- **One .25 Titan handgun (serial number ED85307) and ammunition**
- **Approximately $10,666 in U.S. currency seized on August 17, 2016.**
- **One Smith and Wesson 9mm, SW9VE handgun (serial number DVJ 1582) and ammunition**
- **Approximately $35,910 in U.S. currency seized on August 17, 2016.**
- **Approximately $80,329.94 in U.S. currency on August 17, 2016.**

2. The United States Marshals Service, the investigative agency, and/or the agency contractor is authorized to take possession and maintain custody of the above specific asset(s).

3. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

4. Any person, other than the Defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and request for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

6. As to any specific assets, following the Court's disposition of all timely petitions, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of Defendant's crime(s) herein or property used in any manner to facilitate the commission of such offense(s) and are therefore subject to forfeiture pursuant to 21 U.S.C. § 853. The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously submitted such a claim, Defendant hereby waives all right to do so. As to any firearms listed above and/or in the charging instrument, Defendant consents to destruction by federal, state, or local law enforcement authorities upon such legal process as they, in their sole discretion deem to legally sufficient, and waives any and all right to further notice of such process or such destruction.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

_____
STEVEN R. KAUFMAN
Assistant United States Attorney

_____
ALFONSO GUEVERA-GARCIA
Defendant

_____
RICHARD H. TOMBERLIN, ESQ.
Attorney for Defendant

Signed this the 6th day of March, 2017.

_____
HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE